UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS VAN ZANDT, | C 07-04987 RS |
| Plaintiff(s), | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| VS. | |
| CITY OF SAN JOSE, ET AL, | |
| Defendant(s). | |

     The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

     PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for January 16, 2008 before the Honorable Judge Richard Seeborg has been continued to **January 18, 2008 @ 10:30 a.m.,** before the Honorable Judge Jeremy Fogel.  Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to submit a Joint Case Management Statement on January 8, 2008.

     If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, to take this matter off calendar.

Dated: September 27, 2007                RICHARD W. WIEKING,
                                                      Clerk of Court

                                                      /s/_____
                                                      Martha Parker Brown
                                                      Deputy Clerk