1 | GAIL C. TRABISH, ESQ. (#103482)
HEATHER A. GLADSTONE (#238517)
2 | BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
3 | 555 12th Street, Suite 1800
P. O. Box 12925
4 | Oakland, CA 94604-2925
Telephone: (510) 834-4350
5 | Facsimile: (510) 839-1897

6 | Attorneys for Defendant
TARGET STORES, a division of TARGET
7 | CORPORATION, erroneously sued herein
as TARGET STORES, INC.

8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | (SAN JOSE DIVISION)

12 | THOMAS VAN ZANDT,                          )    Case No.: C07 04987
                                               )
13 |            Plaintiff,                      )    **STIPULATION OF DISMISSAL**
                                               )    **WITHOUT PREJUDICE OF TARGET**
14 | vs.                                        )    **STORES, A DIVISION OF TARGET**
                                               )    **CORPORATION, ONLY AND**
15 | CITY OF SAN JOSE, DANIEL PFEIFER;          )    **[PROPOSED] ORDER THEREON**
MARK NATIVIDAD, ANTHONY WEIR,                  )
16 | OFFICER HIGGINS, Individually and as       )
Employees of the CITY OF SAN JOSE;             )
17 | TARGET STORES, INC.; WESTFIELD,            )
LLC; PROFESSIONAL SECURITY                     )
18 | CONSULTANTS; and DOES 1-10, inclusive      )
                                               )
19 |            Defendants.                     )    Complaint Filed: September 26, 2007
                                               )
20 | _____)

21 |        It is hereby stipulated by and between Plaintiff Thomas Van Zandt, by and through his

22 | attorney of record, Robert Powell, and Defendant Target Stores, a division of Target Corporation,

23 | erroneously sued herein as Target Stores, Inc., by and through its attorney of record, Gail C.

24 | Trabish, that plaintiff will dismiss, without prejudice, Target Stores, a division of Target

25 | Corporation, pursuant to F.R.C.P. 41(a)(1), with each party to bear its own costs and attorney's

26 | //////

27 | //////

28 | //////

-1-

1  fees.

2      IT IS SO STIPULATED.

3

4  DATED: 12/20/07                    LAW OFFICES OF ROBERT R. POWELL

5

6

7                          By: _____
                               ROBERT R. POWELL, ESQ.
8                              Attorneys for Plaintiff
9                              THOMAS VAN ZANDT

10 DATED: 12/19/07

11                          BOORNAZIAN, JENSEN & GARTHE
                            A Professional Corporation
12

13                          By: _____
                               GAIL C. TRABISH, ESQ.
14                             Attorneys for Defendant
15                             TARGET STORES, a division
                               of Target Corporation, erroneously
16                             sued herein as Target Stores, Inc.

17
                              **ORDER**
18
         Pursuant to stipulation, it is so ordered.
19

20

21

22

23                          _____
                            United States District Judge
                            JEREMY FOGEL
24  25230\421678

25

26

27

28

                                    -2-
STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER - Case No.: C07 04987