**E-filed 1/8/08**

1  GAIL C. TRABISH, ESQ. (#103482)
   HEATHER A. GLADSTONE (#238517)
2  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
3  555 12th Street, Suite 1800
   P. O. Box 12925
4  Oakland, CA  94604-2925
   Telephone: (510) 834-4350
5  Facsimile: (510) 839-1897

6  Attorneys for Defendant
   TARGET STORES, a division of TARGET
7  CORPORATION, erroneously sued herein
   as TARGET STORES, INC.
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        (SAN JOSE DIVISION)

12 THOMAS VAN ZANDT,                 )   Case No.:  C07 04987
                                     )
13           Plaintiff,              )   **STIPULATION OF DISMISSAL
                                     )   WITHOUT PREJUDICE OF TARGET
14 vs.                               )   STORES, A DIVISION OF TARGET
                                     )   CORPORATION, ONLY AND
15 CITY OF SAN JOSE; DANIEL PFEIFER; )   [PROPOSED] ORDER THEREON**
   MARK NATIVIDAD, ANTHONY WEIR,     )
16 OFFICER HIGGINS, Individually and as )
   Employees of the CITY OF SAN JOSE;)
17 TARGET STORES, INC.; WESTFIELD,   )
   LLC; PROFESSIONAL SECURITY        )
18 CONSULTANTS; and DOES 1-10, inclusive )
                                     )   Complaint Filed:  September 26, 2007
19           Defendants.             )
                                     )
20 ─────────────────────────────────

21      It is hereby stipulated by and between Plaintiff Thomas Van Zandt, by and through his

22 attorney of record, Robert Powell, and Defendant Target Stores, a division of Target Corporation,

23 erroneously sued herein as Target Stores, Inc., by and through its attorney of record, Gail C.

24 Trabish, that plaintiff will dismiss, without prejudice, Target Stores, a division of Target

25 Corporation, pursuant to F.R.C.P. 41(a)(1), with each party to bear its own costs and attorney's

26 //////

27 //////

28 //////

-1-

STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER - Case No.: C07 04987

1 | fees.

2 |     IT IS SO STIPULATED.

4 | DATED: 12/20/07        LAW OFFICES OF ROBERT R. POWELL

By: /s/ M. Powell
ROBERT R. POWELL, ESQ.
Attorneys for Plaintiff
THOMAS VAN ZANDT

DATED: 12/19/07        BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: /s/ Heather Gladstone for
GAIL C. TRABISH, ESQ.
Attorneys for Defendant
TARGET STORES, a division
of Target Corporation, erroneously
sued herein as Target Stores, Inc.

## ORDER

Pursuant to stipulation, it is so ordered.

1/8/08

_____
United States District Judge
JEREMY FOGEL

25230\421678

---

-2-

STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER - Case No.: C07 04987