# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Thomas Van Zandt

                Plaintiff(s),

            v.

City of San Jose, et al.

                Defendant(s).

_____/

CASE NO. CV 07-04987 JF

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

        have not yet reached an agreement to an ADR process

✓      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference January 18th, 2008 ■

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|------|-------------------|-----------|----------------|
| Mike Groves | San Jose PD and Defendant Officers | (408) 535-1912 | mike.groves@sanjoseca.gov |
| Robert Powell | Thomas Van Zandt - Plaintiff | (408) 553-0200 | rpowell@rrpassociates.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 1/9/08 ■

/s/ Robert R. Powell ■
Attorney for Plaintiff

Dated: 1/9/08 ■

/s/ Michael Groves ■
Attorney for Defendant

Rev 12.05