RICHARD DOYLE, City Attorney  (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
MICHAEL R. GROVES, Sr. Deputy City Attorney (#85620)
STEVEN B. DIPPELL, Sr. Deputy City Attorney (#121217)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California  95113-1905
Telephone:  (408) 535-1900
Facsimile:    (408) 998-3131
Email:         cao.main@sanjoseca.gov

Attorneys for Defendants
CITY OF SAN JOSE, OFFICER PFEIFER, OFFICER NATIVIDAD,
OFFICER WEIR, and OFFICER HIGGINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS VAN ZANDT,<br><br>              Plaintiff,<br><br>       vs.<br><br>CITY OF SAN JOSE, OFFICERS PFEIFER, NATIVIDAD, WEIR, and HIGGINS, individually and as employees of the CITY OF SAN JOSE, TARGET STORES, INC., THE WESTFIELD GROUP, PROFESSIONAL SECURITY CONSULTANTS, and DOES 1-10, Inclusive,<br><br>              Defendants. | CASE NO.:  C07-04987 JF<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

   **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's officer for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

   **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

//

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: January 15, 2008

/s/
Defendants,
CITY OF SAN JOSE, OFFICER PFEIFER, OFFICER NATIVIDAD, OFFICER WEIR, and OFFICER HIGGINS

Dated: January 15, 2008

/s/
MICHAEL R. GROVES, Sr. Deputy City Attorney
Attorney for Defendants,
CITY OF SAN JOSE, OFFICER PFEIFER, OFFICER NATIVIDAD, OFFICER WEIR, and OFFICER HIGGINS