UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, January 18, 2008
**Case Number:** CV-07-4987-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:        THOMAS VAN ZANDT    V.  CITY OF SAN JOSE, ET AL

              PLAINTIFF                        DEFENDANT

  **Attorneys Present:**                        **Attorneys Present:** Michael Groves

---

PROCEEDINGS:
    Case management conference held.  Parties are present.  Continued to 4/18/08 at 10:30 a.m. for further case management conference.