POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| Robert R. Powell, Esq.   SBN 159747<br>Law Office of Robert R. Powell<br>925 W. Hedding St.<br>San Jose, CA 95126<br>TELEPHONE NO.: (408) 553-0200   FAX NO: (408) 553-0203<br>E-MAIL ADDRESS:<br>ATTORNEY FOR: | |

| UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA | |
|---|---|
| STREE ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: United States District Court - Northern District of Cali | |
| PLAINTIFF/PETITIONER: Van Zandt<br>DEFENDANT/RESPONDENT: City of San Jose | Case Number:<br>5:07-CV-04987-JF |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>Van Zandt v. City of San Jose |

*(Separate proof of service is required for each party served.)*

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 18 years and not a party to the within entitled action. I served the:

Amended Summons; First Amended Complaint; Civil Case Cover Sheet; Certificate of No Interested Parties or Related Actions; Order Setting Initial Case Management Conference and ADR Deadlines; Filed Declination to Proceed Before a Magistrate Judge; Clerk's Notice of Impending Reassignment to a United States District Judge; Reassignment Order

on:   Professional Security Consultants

in the above mentioned action by delivering to the parties dwelling house or usual place of abode or business and leaving with a person of suitable age and discretion. The name of the person with whom the documents were left with is:
Angelica Vega, Person in Charge to Christine Mason, Esq., Authorized Person for Service

at:   11454 San Vicente Blvd., 2nd Fl., Los Angeles, CA 90049
      (Business)

on:   January 16, 2008
at:   2:33 PM

Fee for service: $69.00

| Registered California process server.<br>County: Los Angeles<br>Registration No: 5212<br>Expiration Date:<br>Adrian Marquez - Sano Attorney Service<br>P.O. Box 1568, Riverside, CA 92502 | I declare under penalty of perjury that the foregoing is true and correct and that this declaraction was executed<br>on: Jan 18, 2008   at: Riverside, CA 92502-1568<br><br>Adrian Marquez |
|---|---|