1  Kim James, Esq. (SB# 103130)
   **NELSON, PERLOV & LEE**
2  339 So. San Antonio Road
   Los Altos, CA 94022
3  Telephone (650) 941-6161
   Facsimile  (650) 949-0695
4
   *Attorneys for Defendant*
5  WESTFIELD, LLC

6

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  THOMAS VAN ZANDT,                    )  Case No. C0T-0498T JF
                                         )
12            Plaintiff,                 )  **ANSWER OF WESTFIELD, LLC**
                                         )  **TO FIRST AMENDED COMPLAINT**
13       vs.                             )  **FOR VIOLATION OF CIVIL RIGHTS,**
                                         )  **FALSE ARREST, BATTERY,**
14  CITY OF SAN JOSE, OFFICERS DANIEL    )  **INTENTIONAL INFLICTION OF**
    PFEIFER, MARK NATIVIDAD, ANTHONY     )  **EMOTIONAL DISTRESS, AND**
15  WEIR, and HIGGINS, individually and as the )  **NEGLIGENT INFLICTION OF**
    employees of the CITY OF SAN JOSE, TARGET )  **EMOTIONAL DISTRESS**
16  STORES, INC., THE WESTFIELD GROUP,   )
    PROFESSIONAL SECURITY CONSULTANTS, )  **JURY TRIAL DEMANDED**
17  and DOES 1-10, inclusive             )
                                         )
18            Defendants.                )

19       In answer to the First Amended Complaint on the file herein, Defendant WESTFIELD, LLC

20  responds as follows:

21       1.    States that Paragraphs 1-3 of the First Amended Complaint contain only statements of law

22  not requiring a response and respectfully refers the Court to the statutes cited therein for their terms.

23       2.    In answer to Paragraphs 4-10 of the First Amended Complaint, this answering Defendant

24  states that it does not have sufficient information and belief to respond to said allegations and so

25  denies said allegations.

3.   In response to Paragraph 11 of the First Amended Complaint, this answering Defendant states that The Westfield Group is an internally managed, vertically integrated, shopping center group with a global portfolio.   The Westfield Group is publicly traded on the Australian Stock Exchange under the WDC symbol.   The Westfield Group is headquartered in Australia, with a United States Headquarters in Los Angeles, California, and multiple locations throughout California.   WESTFIELD, LLC is the managing agent for the ownership entity of Westfield Oakridge shopping center.   The Westfield Group is not a legal entity.

4.   In response to Paragraph 12 of the First Amended Complaint, this answering Defendant admits that WESTFIELD, LLC is the managing agent for the ownership entity of Westfield Oakridge shopping center (Oakridge Mall, LP).   Except as stated herein, this answering Defendant denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations and so denies said allegations.

5.   In response to Paragraph 13 of the First Amended Complaint, this answering Defendant admit states that as of September 25, 2007, the website for the Oakridge Mall features the logo "Westfield Oakridge," and that the website states: "Operating on a global platform, The Westfield Group is an internally managed, vertically integrated shopping centre group."

6.   In response to Paragraph 14 of the First Amended Complaint, this answering Defendant states that WESTFIELD, LLC is the managing agent for the ownership entity of Westfield Oakridge Shopping Center (Oakridge Mall, LP), where the events complained of herein took place.   This answering defendant denies that it is the owner of the Oakridge Mall.

7. In response to Paragraph 15 of the First Amended Complaint, this answering Defendant denies each and every allegation contained therein.

8.   In response to Paragraph 16 of the First Amended Complaint, this answering Defendant states that it does not have sufficient information and belief to respond to said allegations and so denies said allegations.

9.   In response to Paragraph 17 of the First Amended Complaint, this answering Defendant denies that Defendant PROFESSIONAL SECURITY CONSULTANTS is an employee of WESTFIELD, LLC; admits that Defendant PROFESSIONAL SECURITY CONSULTANTS is an independent contractor for WESTFIELD, LLC, providing services to WESTFIELD, LLC at the time and location of the incident complained of herein; admits that, based upon information and belief, the unknown mall security guard defendants were not employed by WESTFIELD, LLC, but rather were employed by PROFESSIONAL SECURITY CONSULTANTS.

10.   In response to Paragraph 18 of the First Amended Complaint, this answering Defendant denies that the CITY and/or S.J.P.D. and/or TARGET, INC. and/or PROFESSIONAL SECURITY CONSULTANTS were employees of WESTFIELD, LLC, or acted with the knowledge, permission, ratification, and/or consent of WESTFIELD, LLC.   Except as stated herein, defendant denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations and so denies said allegations.

11.   In response to Paragraphs 19-45 of the First Amended Complaint, this answering Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations and so denies said allegations.

12.   In response to Paragraph 46 of the First Amended Complaint, this answering Defendant restates and reincorporates by reference its responses to Paragraphs 1-44 of the First Amended Complaint.

13.   In response to Paragraphs 47-49 of the First Amended Complaint, this answering Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations and so denies said allegations.

14.   In response to Paragraph 50 of the First Amended Complaint, this answering Defendant restates and reincorporates by reference its responses to Paragraphs 1-44 of the First Amended Complaint.

15. In response to Paragraphs 51-53 of the First Amended Complaint, this answering Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations and so denies said allegations.

16. In response to Paragraph 54 of the First Amended Complaint, this answering Defendant restates and reincorporates by reference its responses to Paragraphs 1-44 of the First Amended Complaint.

17. In response to Paragraphs 55-57 of the First Amended Complaint, this answering Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations and so denies said allegations.

18. In response to Paragraph 58 of the First Amended Complaint, this answering Defendant restates and reincorporates by reference its responses to Paragraphs 1-44 of the First Amended Complaint.

19. In response to Paragraphs 59-64 of the First Amended Complaint, this answering Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations and so denies said allegations.

20. In response to Paragraph 65 of the First Amended Complaint, this answering Defendant restates and reincorporates by reference its responses to Paragraphs 1-44 of the First Amended Complaint.

21. In response to Paragraphs 66-68 of the First Amended Complaint, this answering Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations and so denies said allegations.

22. In response to Paragraph 69 of the First Amended Complaint, this answering Defendant restates and reincorporates by reference its responses to Paragraphs 1-44 of the First Amended Complaint.

23.  In response to Paragraphs 70-72 of the First Amended Complaint, this answering Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations and so denies said allegations.

24.  In response to Paragraph 73 of the First Amended Complaint, this answering Defendant restates and reincorporates by reference its responses to Paragraphs 1-44 of the First Amended Complaint.

25.  In response to Paragraphs 74-77 of the First Amended Complaint, this answering Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations and so denies said allegations.

26.  In response to Paragraph 78 of the First Amended Complaint, this answering Defendant restates and reincorporates by reference its responses to Paragraphs 1-44 of the First Amended Complaint.

27.  In response to Paragraphs 79-81 of the First Amended Complaint, this answering Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations and so denies said allegations.

28.  In response to Paragraph 82 of the First Amended Complaint, this answering Defendant restates and reincorporates by reference its responses to Paragraphs 1-44 of the First Amended Complaint.

29.  In response to Paragraph 83 of the First Amended Complaint, this answering Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations and so denies said allegations.

## **AFFIRMATIVE DEFENSES**

AS AND FOR A FIRST AFFIRMATIVE DEFENSE, answering Defendant alleges that the First Amended Complaint fails to state a claim upon which relief can be granted.

AS AND FOR A SECOND AFFIRMATIVE DEFENSE, answering Defendant alleges that any harm Plaintiff suffered was the result of negligent or otherwise wrongful conduct of persons other than this Defendant and that the conduct of persons other than this Defendant was the sole and proximate cause of the injuries and damages alleged by Plaintiff.

AS AND FOR A THIRD AFFIRMATIVE DEFENSE, answering Defendant alleges that Plaintiff's First Amended Complaint is barred by the applicable statutes of limitation.

AS AND FOR A FOURTH AFFIRMATIVE DEFENSE, answering Defendant alleges that Plaintiff's own negligent and improper conduct was the sole and proximate cause of whatever injuries and damages Plaintiff alleges, if any injuries and damages there are.

AS AND FOR A FIFTH AFFIRMATIVE DEFENSE, answering Defendant alleges that its actions towards Plaintiff were lawful and justified under the facts of the case.

AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE, answering Defendant alleges that any damages or injuries suffered by Plaintiff were occasioned by its wrongful actions.

WHEREFORE, answering Defendant prays:

1.    That Plaintiff take nothing by his First Amended Complaint;

2.    That Plaintiff's First Amended Complaint be dismissed with prejudice;

3.    That Defendant be awarded its costs of suit, including attorney's fees incurred herein; and

4.    For such other and further relief as the Court deems proper.

### JURY TRIAL DEMAND

This answering Defendant hereby demands a jury trial.

Dated: February 1, 2008                    **NELSON, PERLOV & LEE**

By: _____
                    **KIM JAMES**
                    *Attorneys for Defendant*
                    WESTFIELD, LLC