UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, April 18, 2008
**Case Number:** CV-07-4987-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:        THOMAS VAN ZANDT   V.  CITY OF SAN JOSE, ET AL

PLAINTIFF                                DEFENDANT

**Attorneys Present:** Dennis Ingols         **Attorneys Present:** Michael Groves for City, Shahin Shabahang for Westfield, Sejal Ojha for Professional

PROCEEDINGS:

Further case management conference held.  Parties are present.  Case is referred to Magistrate Judge Seeborg for settlement conference.  Continued to 6/20/08 at 10:30 a.m. for further case management conference.

Case 5:07-cv-04987-JF   Document 29   Filed 04/21/2008   Page 1 of 1