ROBERT R. POWELL, ESQ. CSB: 159747
DENNIS R. INGOLS, ESQ.    CSB: 236458
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San José, California  95126
T: 408-553-0200 F: 408-553-0203
E: rpowell@rrpassociates.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | | |
|---|---|---|
| THOMAS VAN ZANDT | ) | Case No.  CV 07 – 04987 JF |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | OF THE COURT RE: FILING |
| v. | ) | AMENDED COMPLAINT |
| | ) | |
| CITY OF SAN JOSE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Wherefore** Plaintiff named employees of Defendant Professional Security Consultants as Doe Defendants 1 through 4 employees of Professional Security Consultants, because their identities were unknown to Plaintiff at the date of filing;

**Wherefore**, Professional Security Consultants' counsel indicated on or about April 7, 2008 that, on information and belief, Does 1 and 2 are Ryan Scott and Daniel Garcia; and

**Wherefore**, counsel believe they have learned the name of the woman who made a report alleging child molestation to Target and/or Professional Security Consultants.  On counsel's information and belief, that woman's name is Samantha Fein;

**Wherefore,** Plaintiff seeks to add causes of action for intentional infliction of emotional distress and violation of California Penal Code §11172, as against Ms. Fein, so that

all causes of action arising from the incident in question may be adjudicated in one proceeding. Counsel for Professional Security Consultants, the City of San Jose and its Defendant employees, and Westfield, LLC., have no objection to adding Plaintiff's claims against Ms. Fein; and

**Wherefore,** Counsel for Professional Security Consultants has not, as yet, been retained to represent any Defendant employees of Professional Security Consultants;

The parties hereto, in consultation with and by and through their respective counsel, do hereby agree and stipulate as follows, and respectfully request that this Court order same:

1.     Plaintiff may e-file an amended complaint (proposed Second Amended Complaint attached) to name as Does 1 and 2 Ryan Scott and Daniel Garcia, and adding Plaintiff's claims against Samantha Fein.

2.     Plaintiff may e-file the proposed Second Amended Complaint within 20 days of receipt of this Stipulation signed by the Court.

3.     Defendants waive personal service of the Summons and Second Amended Complaint on behalf of all Defendants other than Scott, Garcia, and Fein, and authorize Defendants' respective counsel accepting the e-filed version of the Second Amended Complaint as service on all Defendants other than Scott, Garcia, and Fein.

IT IS SO STIPULATED.

Dated: 5/__/08                              _____/s/ Dennis R. Ingols___
                                           DENNIS R. INGOLS, ESQ.
                                           Attorney for Plaintiff

//

Dated: 5/__/08

MICHAEL GROVES, ESQ.
Attorney for Defendants City of
San Jose, Weir, Pfeiffer, Higgins,
And Natividad

Dated: 5/6/08

KIM JAMES, ESQ.
Nelson, Perlov & Lee
Attorneys for Defendant Westfield, LLC.

Dated: 5/__/08

SEJAL OJHA, ESQ.
Manning & Marder, Kass, Ellrod, Ramirez
Attorney for Defendants Professional
Security Consultants

## ORDER

Based on the foregoing stipulation of the parties, the court does hereby adopt said stipulation and makes same an order of this court.

Date:   /   /08

JUDGE JEREMY FOGEL
U.S.D.C. NORTHERN DISTRICT
OF CALIFORNIA

Stipulation and Order
Van Zandt v. San Jose, et al
U.S. District Court – Northern District of California
Case No. 5:07-CV-04987-JF

3

1  | Dated: 5/12/08

2                                              MICHAEL GROVES, ESQ.
                                               Attorney for Defendants City of
3                                              San Jose, Weir, Pfeiffer, Higgins,
                                               And Natividad
4

5  | Dated: 5/__/08

6                                              KIM JAMES, ESQ.
                                               Nelson, Perlov & Lee
7                                              Attorneys for Defendant Westfield, LLC.

8  | Dated: 5/__/08

9                                              SEJAL OJHA, ESQ.
                                               Manning & Marder, Kass, Ellrod, Ramirez
10                                             Attorney for Defendants Professional
                                               Security Consultants
11

12                              **ORDER**

13        Based on the foregoing stipulation of the parties, the court does hereby adopt said

14  stipulation and makes same an order of this court.

15  Date:    /    /08

16                                             JUDGE JEREMY FOGEL
17                                             U.S.D.C. NORTHERN DISTRICT
                                               OF CALIFORNIA
18

19

20

21

22

23

24

25

Dated: 5/__/08

_____
MICHAEL GROVES, ESQ.
Attorney for Defendants City of
San Jose, Weir, Pfeiffer, Higgins,
And Natividad

Dated: 5/__/08

_____
KIM JAMES, ESQ.
Nelson, Perlov & Lee
Attorneys for Defendant Westfield, LLC.

Dated: 5/5/08

_____
SEJAL OJHA, ESQ.
Manning & Marder, Kass, Ellrod, Ramirez
Attorney for Defendants Professional
Security Consultants

## ORDER

Based on the foregoing stipulation of the parties, the court does hereby adopt said stipulation and makes same an order of this court.

Date:    /    /08

_____
JUDGE JEREMY FOGEL
U.S.D.C. NORTHERN DISTRICT
OF CALIFORNIA

Stipulation and Order
Van Zandt v. San Jose, et al
U.S. District Court – Northern District of California
Case No. 5:07-CV-04987-JF

3