1  DAVID J. STOCK (SBN 85655)
   JON A. HEABERLIN (SBN 199810)
2  **RANKIN, LANDSNESS, LAHDE,**
   **SERVERIAN & STOCK**
3  96 No. Third Street, Suite 500
   San Jose, California 95112
4  Telephone : (408) 293-0463
   Facsimile : (408) 293-9514
5
   Attorneys for Defendant
6  SAMANTHA FEIN

7

8              IN THE UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 THOMAS VAN ZANDT,              )   Case No. 5:07-CV-04987-JF
                                  )
12         Plaintiffs,             )   **STIPULATION REGARDING DEFENDANT**
                                  )   **SAMANTHA FEIN'S TIME TO ANSWER**
13 vs.                            )   **COMPLAINT**
                                  )
14 CITY OF SAN JOSE, DANIEL       )
   PFEIFER, MARK NATIVDAD,        )
15 ANTHONY WEIR, OFFICER          )
   HIGGINS, Individually and as   )
16 Employees of the CITY OF SAN   )
   JOSE, TARGET STORES, INC.,     )
17 WESTFIELD LL., PROFESSIONAL    )
   SECURITY CONSULTANTS, and      )
18 Does 1-10, Inclusive,          )
                                  )
19         Defendants.            )
   _____)
20

21     THE PARTIES HEREBY STIPULATE, THROUGH THEIR ATTORNEYS OF

22 RECORD,

23     Pursuant to Northern District Local Rule 6-1(a), the parties agree that Defendant

24 SAMANTHA FEIN shall have until June 30, 2008, to file a responsive pleading. This

25 extension will not affect any event or deadline already fixed by Court Order. Defense

26 counsel will appear on behalf of SAMANTHA FEIN at the case management conference

27 set for June 20, 2008 and be prepared to discuss any matters relating to the case.

28     This extension is given to allow Defendant SAMANTHA FEIN appropriate time to

determine whether insurance may be available to cover her defense, and allow defense

1 | counsel to properly get up to speed on the file and prepare the appropriate responsive
2 | pleading.
3
4 | Dated: 6-6-08              LAW OFFICES OF ROBERT R. POWELL
5
6
7                              By: /s/ Robert R. Powell
                                   ROBERT R. POWELL, ESQ.
8                                  Attorney for Plaintiff
9
10 | Dated: 6-6-08              RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK
11
12
13                             By: /s/ David J. Stock
                                   DAVID J. STOCK
14                                 Attorneys for Defendant SAMANTHA FEIN
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
Stipulation Regarding Defendant Samantha Fein's Time To Answer Complaint