UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, June 20, 2008
**Case Number:** CV-07-4987-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:        THOMAS VAN ZANDT   V.  CITY OF SAN JOSE, ET AL

                 PLAINTIFF                                DEFENDANT

**Attorneys Present:** Dennis Ingols        **Attorneys Present:** Michael Groves for City, Shahin Shabahang for Westfield, Jon Heaberlin for Fein

PROCEEDINGS:
    Further case management conference held.  Parties are present.  Case is re-referred to Magistrate Judge Seeborg for settlement conference, to occur by 9/19/08.  Continued to 9/19/08 at 10:30 a.m. for further case management conference.