AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

FILED
2008 JUL -7 P 2:42

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

| | | |
|---|---|---|
| Thomas Van Zandt | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 5:07-CV-04987-JF |
| City of San Jose, et al, (see attachment) | ) | |
| Defendant | ) | |

### Amended Summons in a Civil Action

To: City of San Jose, (see attachment)
    *(Defendant's name)*

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:




If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: MAY 2 0 2008

Richard W. Wieking
Name of clerk of court

Tiffany Salinas-Harwell
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## ATTACHMENT TO AMENDED SUMMONS

City of San Jose, Daniel Pfeifer, Mark Natividad, Anthony Weir, Officer Higgins, Westfield L.L.C., Professional Security Consultants, Ryan Scott, Daniel Garcia, Samantha Fein, Does 1-10.

Van Zandt v. City of San Jose, et al.
Attachment to Amended Summons
U.S. Dist. Ct. – N. Cal. (San Jose)
Case No. 5:07-CV-04987-JF

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __05/22/2008__,
by:

    (1) personally delivering a copy of each to the individual at this place, __2102 Flintside Court, San Jose, CA 95148__; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__.

Date: __06/25/2008__

*[signature]*
Server's signature

Corinne D. Simon, Paralegal
Printed name and title

925 W. Hedding Street
San Jose, CA 95126
Server's address