Steven Sheriff Abern, SBN 148690
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:  510-273-8570

Attorneys For Defendant
SAMANTHA FEIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| THOMAS VAN ZANDT,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF SAN JOSE, DANIEL PFEIFER, MARK NATIVIDAD, ANTHONY WEIR, OFFICER HIGGINS, individually and as employees of the CITY OF SAN JOSE, TARGET STORES, INC., WESTFIELD LLC, PROFESSIONAL SECURITY CONSULTANTS, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: C07-04987 JF (RS)<br><br>**ASSOCIATION OF ATTORNEYS** |

Defendant SAMANTHA FEIN hereby associates Steven Sheriff Abern, California state bar number 148690, of the law firm of Haapala, Thompson & Abern, LLP, as co-counsel of record in this action with the firm of Rankin, Landsness, Lahde, Serverian & Stock.

All future correspondence, pleadings, etc., should be directed/served on both the offices of Haapala, Thompson & Abern, LLP, 1939 Harrison Street, Suite 800, Oakland, California, 94612, telephone 510/763-2324, facsimile 510/273-8570, and the firm of Rankin, Landsness, Lahde, Serverian & Stock, 96 N. Third Street, Suite 500, San Jose, California, 95112,

/

/

/

1

*Van Zandt v. City of San Jose, et al.*
Association Of Attorneys

1  telephone 408/293-0463, facsimile 408/293-9514.

2  Dated: July 15, 2008              RANKIN, LANDSNESS, LAHDE,
                                     SERVERIAN & STOCK

5                                    By:  */s/ David J. Stock
                                          David J. Stock
6                                         Attorneys For Defendant
                                          SAMANTHA FEIN
7                                         *Mr. Stock provided his consent that this
                                          Association be electronically filed.

9       The Association is hereby accepted:

10 Dated: July 15, 2008              HAAPALA, THOMPSON & ABERN, LLP

13                                   By:  /s/ Steven Sheriff Abern
                                          Steven Sheriff Abern
14                                        Attorneys For Defendant
                                          SAMANTHA FEIN

*Van Zandt v. City of San Jose, et al.*
Association Of Attorneys

2