ROBERT R. POWELL, ESQ. CSB: 159747
DENNIS R. INGOLS, ESQ.    CSB: 236458
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San José, California  95126
T: 408-553-0200 F: 408-553-0203
E: rpowell@rrpassociates.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | | |
|---|---|---|
| THOMAS VAN ZANDT | ) | Case No.  CV 07 – 04987 JF |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | FURTHER  JOINT CASE MANAGEMENT |
| | ) | CONFERENCE STATEMENT |
| CITY OF SAN JOSE, et al., | ) | |
| | ) | Date: September 19th, 2008  Time: 10:30 a.m. |
| Defendants. | ) | Dept. 3   Honorable Judge Jeremy Fogel |
| | ) | |

## **INTRODUCTION**

All parties jointly submit this Case Management Statement to update the court on the developments in this case and propose trial dates as set forth below.

### **DEVELOPMENTS SINCE LAST CASE MANAGEMENT CONFERENCE**

All parties have now been properly served and responded.

The parties have tentatively scheduled a settlement conference for March 10th, 2009, though one or two counsel are still waiting to clear that date.  The settlement conference would be with Judge Seeborg.  The parties would like to have the settlement conference sooner than later, and at the CMC plaintiffs would like to discuss utilizing one of the local

1

counsel for a mediation of the dispute, if it can be scheduled before the end of the year, and before significant discovery is underway.

The parties are in the process of scheduling depositions, and it is believed that all paper discovery (including items such as incident reports from the store the incident began to unfold in, police reports, and a videotape of the events at the bathroom door in the store, and the plaintiffs medical records and bills), has been exchanged.

At this time it does not appear any deviation from the normal discovery limits under the FRCP are needed, but all parties reserve the right to seek a deviation if necessary.

## TRIAL DATE PROPOSALS AND TIME ESTIMATES[1]

The parties propose different dates / timeframes for commencing trial.

Plaintiffs submit that trial would be / should be sometime in May or June of 2009.

Defendants City of San Jose, Professional Security Consultants (Mr. Scott and Mr. Garcia) and Samantha Fein propose trial should be in September of 2009.

Given the disparity in opinions on trial dates, and in consideration of the court's own calendar of which the parties are completely unaware, all counsel will come to the CMC prepared with calendars to discuss scheduling of the trial and all related discovery cut-off dates and pre-trial dates, with the court.

All parties agree a reasonable estimate of the total time for trial, if held on consecutive days, would not exceed six days, inclusive of jury selection. The parties will accept whatever calendaring schedule derives from the selected date, based on this court's typical calendaring

---

[1] Kim James, Counsel for defendant Westfield LLC, was unavailable on the 12th of September when this Joint Statement was circulated. It is believed she will be agreeable with its contents, but that cannot be guaranteed and should she respond with any changes an amended statement will be provided.

2

Further Joint CMC Statement
Van Zandt v. San Jose
Case No. CV 07 – 04987 JF

of such matters as discovery cut-off, dispositive motion, pre-trial, and hearing dates, reserving

the right to request modifications thereof.

Dated: 9/12/08                                    /S/  Robert Powell
                                                  ROBERT R. POWELL, ESQ.
                                                  Attorney for Plaintiff


Dated: 9/12/08                                    /S/  Michael Groves
                                                  MICHAEL GROVES, ESQ.
                                                  Attorney for Defendants City of
                                                  San Jose, Weir, Pfeiffer, Higgins,
                                                  And Natividad


Dated: 9/12/08                                    /S/  Kim James
                                                  KIM JAMES, ESQ.
                                                  Attorney for Westfield, LLC
                                                  [See footnote #1]


Dated: 9/12/08                                    /S/  Seja Ojha
                                                  SEJA OJHA, ESQ.
                                                  Attorney for Professional
                                                  Security Consultants, Ryan Scoot,
                                                  Daniel Garcia


Dated: 9/12/08                                    /S/  Rebecca Widen
                                                  REBECCA WIDEN, ESQ.
                                                  Attorney for Samantha Fein

Further Joint CMC Statement
Van Zandt v. San Jose
Case No. CV 07 – 04987 JF