Patricia M. Leary, Esq. (SB# 95514)
**NELSON, PERLOV & LEE**
339 So. San Antonio Road
Los Altos, CA 94022
Telephone (650) 941-6161
Facsimile (650) 949-0695

*Attorneys for Defendant*
WESTFIELD, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS VAN ZANDT, | ) | Case No. 5:07-CV-04987 JF |
| Plaintiff, | ) ) ) | ~~(proposed)~~ **ORDER OF DISMISAL OF DEFENDANT WESTFIELD LLC** |
| vs. | ) ) | |
| CITY OF SAN JOSE, *et al.,* | ) ) | |
| Defendants. | ) ) ) | |

Pursuant to plaintiff's request for dismissal, a copy of which is attached hereto as Exhibit A, it is hereby ordered that defendant Westfield LLC is dismissed from this action, with prejudice, each side to bear their own attorney's fees and costs.

Dated: __2/23/09__

_____
**HON. JEREMY FOGEL**
**JUDGE OF THE U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ORDER OF DISMISSAL OF DEFENDANT WESTFIELD LLC
5:07-CV-04987 JF                                                                    - 1 –

1 | Robert R. Powell, Esq.
Dennis R. Ingols, Esq.
2 | **OFFICES OF ROBERT R. POWELL**
925 W. Hedding Street
3 | San Jose, CA 95126
Telephone: (408) 553 0200
4 | Facsimile: (408) 553 0203

5 | *Attorneys for Plaintiff*
THOMAS VAN ZANDT

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | THOMAS VAN ZANDT,                    ) Case No. 5:07-CV-04987 JF
                                        )
12 |         Plaintiff,                  ) **REQUEST FOR DISMISSAL OF**
                                        ) ~~DEFENDANT WESTFIELD LLC~~
13 |     vs.                             )
                                        )
14 | CITY OF SAN JOSE, *et al.*,         )
                                        )
15 |         Defendants.                 )
                                        )
16

17 | **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

18 |     **PLEASE TAKE NOTICE** that plaintiff THOMAS VAN ZANDT requests that defendant

19 | WESTFIELD LLC only be dismissed with prejudice from this action. Each side to bear their own

20 | attorney's fees and costs.

21 | Dated: February 4, 2009                   **OFFICES OF ROBERT R. POWELL**

22 | By: _____

23 | **ROBERT R. POWELL**
*Attorneys for Plaintiff*
24 | THOMAS VAN ZANDT      EXHIBIT *A*

25 |                                      *1* of *3*

REQUEST FOR DISMISSAL OF DEFENDANT WESTFIELD LLC
5:07-CV-04987 JF                                                    - 1 -

*Thomas Van Zandt vs. Westfield Oakridge Mall*
**United State District Court Action No. 5:07-CV-04987-JF**

1  I declare that:

2  I am employed in the County of Santa Clara, California.  I am over the age of eighteen years and

3  not a party to the within cause; my business address is:  339 South San Antonio Road, Los Altos,

4  California 94022. On the date listed below, I served the within **REQUEST FOR DISMISSAL** on the

5  parties in said cause,

6  • By ECF/Pacer efiling;

7  o By facsimile transmission during regular business hours to the telephone number[s] below.

8  o By PERSONAL SERVICE at the address listed below.

9  o By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully

10  prepaid, in the United States mail at Los Altos, addressed as follows:

| *Attorneys For*: plaintiff THOMAS VAN ZANDT | *Attorneys for*: PROFESSIONAL SECURITY CONSULTANTS;  DANIEL GARCIA; RYAN SCOTT |
|---|---|
| Robert R. Powell, Esq.  Dennis R. Ingols, Esq.<br>Offices of R. Powell<br>925 W. Hedding Street<br>San Jose, CA 95126<br>(408) 553 0200 fax (408) 553 0203 | Sejal Ojha, Esq.   Kenneth S. Kawabata, Esq.<br>Manning& Marder<br>550 West "C" Street  #1900<br>San Diego, CA 92101<br>(619) 515 0269 fax (619) 515 0268<br>(213-624-6900 – Los Angeles) |
| *Co-counsel for:* PROFESSIONAL SECURITY CONSULTANTS; DANIEL GARCIA; RYAN SCOTT | *Attorneys for:* CITY OF SAN JOSE; OFFICER DANIEL PFEIFER, OFFICER MARK NATIVIDAD, OFFICER ANTHONY WEIR AND OFFICER HIGGINS |
| Sejal Ojha, Esq.<br>Manning & Marder<br>One California Street #1100<br>San Francisco, CA 94111<br>(415) 217 6990 fax (415) 217 6999 | Richard Doyle, Esq., City Attorney<br>Nora Frimann, Esq., Chief Trial Attorney<br>Michael R. Groves, Esq., Sr. Deputy City Attorney<br>Steven Dippell, Esq., Sr. Deputy City Attorney<br>Office of the City Attorney<br>200 East Santa Clara Street<br>San Jose, CA 95113-1905<br>(408) 535-1900 fax (408) 998-3131 |

EXHIBIT *A*

2 of 3

| *Attorneys for:* **SAMANTHA FEIN** | *Co-counsel for:* **SAMANTHA FEIN** |
|---|---|
| David J. Stock, Esq. | Steven Sheriff Abern, Esq. |
| Rankin, Landsness et al | Haapala, Thompson & Abern, LLP |
| 96 N. Third Street #500 | 1939 Harrison Street #800 |
| San Jose, CA 95112-5572 | Oakland, CA 94612 |
| (408) 293 0463 fax (408) 293 9514 | (510) 763 2324 fax (510) 273 8570 |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 9, 2009, at Los Altos, California.

**RANDE A. HARRIS**
    (name)                                   (signature)

EXHIBIT **A**

**3** of **3**

*Thomas Van Zandt vs.Westfield Oakridge Mall*
**United State District Court Action No. 5:07-CV-04987-JF**

1    I declare that:

2    I am employed in the County of Santa Clara, California.  I am over the age of eighteen years and

3    not a party to the within cause; my business address is:  339 South San Antonio Road, Los Altos,

4    California 94022. On the date listed below, I served the within **(proposed) ORDER OF DISMISSAL**

5    **OF WESTFIELD LLC** on the parties in said cause,

6    • By ECF/Pacer efiling;

7    o    By facsimile transmission during regular business hours to the telephone number[s] below.

8    o    By PERSONAL SERVICE at the address listed below.

9    o    By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully

10        prepaid, in the United States mail at Los Altos, addressed as follows:

| ***Attorneys For*: plaintiff THOMAS VAN ZANDT**<br>Robert R. Powell, Esq.  Dennis R. Ingols, Esq.<br>Offices of R. Powell<br>925 W. Hedding Street<br>San Jose, CA 95126<br>(408) 553 0200 fax (408) 553 0203 | ***Attorneys for*: PROFESSIONAL SECURITY CONSULTANTS;  DANIEL GARCIA; RYAN SCOTT**<br>Sejal Ojha, Esq.   Kenneth S. Kawabata, Esq.<br>Manning& Marder<br>550 West "C" Street   #1900<br>San Diego, CA 92101<br>(619) 515 0269 fax (619) 515 0268<br>(213-624-6900 – Los Angeles) |
|---|---|
| ***Co-counsel for*: PROFESSIONAL SECURITY CONSULTANTS; DANIEL GARCIA; RYAN SCOTT**<br>Sejal Ojha, Esq.<br>Manning & Marder<br>One California Street #1100<br>San Francisco, CA 94111<br>(415) 217 6990 fax (415) 217 6999 | ***Attorneys for*: CITY OF SAN JOSE; OFFICER DANIEL PFEIFER, OFFICER MARK NATIVIDAD, OFFICER ANTHONY WEIR AND OFFICER HIGGINS**<br>Richard Doyle, Esq., City Attorney<br>Nora Frimann, Esq., Chief Trial Attorney<br>Michael R. Groves, Esq., Sr. Deputy City Attorney<br>Steven Dippell, Esq., Sr. Deputy City Attorney<br>Office of the City Attorney<br>200 East Santa Clara Street<br>San Jose, CA 95113-1905<br>(408) 535-1900 fax (408) 998-3131 |

*Thomas Van Zandt vs. Westfield Oakridge Mall*
United State District Court Action No. 5:07-CV-04987-JF

| *Attorneys for:* SAMANTHA FEIN | *Co-counsel  for:* SAMANTHA FEIN |
|---|---|
| David J. Stock, Esq. | Steven Sheriff Abern, Esq. |
| Rankin, Landsness et al | Haapala, Thompson & Abern, LLP |
| 96 N. Third Street #500 | 1939 Harrison Street #800 |
| San Jose, CA 95112-5572 | Oakland, CA 94612 |
| (408) 293 0463 fax (408) 293 9514 | (510) 763 2324 fax (510) 273 8570 |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 9, 2009, at Los Altos, California.

**RANDE A. HARRIS**
(name)

(signature)

-PROOF OF SERVICE-