Steven Sheriff Abern, SBN 148690
Rebecca S. Widen, SBN 219207
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:    510-763-2324
Fax:    510-273-8570

Attorneys For Defendant
SAMANTHA FEIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| THOMAS VAN ZANDT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF SAN JOSE, DANIEL PFEIFER, MARK NATIVIDAD, ANTHONY WEIR, OFFICER HIGGINS, individually and as employees of the CITY OF SAN JOSE, TARGET STORES, INC., WESTFIELD LLC, PROFESSIONAL SECURITY CONSULTANTS, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: C07-04987 JF (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL AND SETTING NEW PRETRIAL DATES** |

　　　　The parties hereto, by and through their undersigned counsel, request that the trial in this action and all related pretrial deadlines be continued.  The reason for the continuance is that Defendant Samantha Fein recently suffered a major injury in a ski accident requiring surgery and a significant recovery period.  As a result of this injury, Ms. Fein is unavailable for deposition prior to the time dispositive motions are due to be filed under the current case schedule (April 21, 2009).

　　　　The parties respectfully request that the Court vacate the July 24, 2009 trial date and all related pretrial deadlines, and order a new trial and pretrial schedule as follows:

- 　　　　July 27, 2009 - fact discovery cut off

1

*Van Zandt v. City of San Jose, et al.*
Stipulation And [Proposed] Order Continuing Trial And Setting New Pretrial Dates

1. • August 17, 2009 - dispositive motions must be filed
2. • September 14, 2009 - expert disclosures due
3. • October 5, 2009 - expert discovery cut off
4. • Pretrial conference – October 23, 2009 at 11:00 a.m.
5. • Trial - November 13, 2009, at 1:30 p.m.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 3, 2009          HAAPALA, THOMPSON & ABERN, LLP


By:   /s/ Rebecca S. Widen
      Rebecca S. Widen
      Attorneys For Defendant
      SAMANTHA FEIN

Dated: April 3, 2009          LAW OFFICES OF ROBERT R. POWELL


By:   [signature]
      Robert R. Powell
      Attorneys For Plaintiff

Dated: April 3, 2009          RICHARD DOYLE
                              CITY ATTORNEY


By:
      Michael R. Groves, Senior Deputy City Attorney
      Attorneys For Defendants
      CITY OF SAN JOSE, OFFICER DANIEL
      PFEIFER, OFFICER MARK NATIVIDAD,
      OFFICER ANTHONY WEIR, and OFFICER
      HIGGINS

Dated: April 3, 2009          MANNING & MARDER
                              KASS, ELLROD, RAMIREZ LLP


By:
      Sejal Ojha
      Attorneys For Defendants
      PROFESSIONAL SECURITY CONSULTANTS,
      DANIEL GARCIA and RYAN SCOTT

//
//

2

*Van Zandt v. City of San Jose, et al.*
Stipulation And [Proposed] Order Continuing Trial And Setting New Pretrial Dates

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8534

1. • August 17, 2009 - dispositive motions must be filed
2. • September 14, 2009 - expert disclosures due
3. • October 5, 2009 - expert discovery cut off.
4. • Pretrial conference – October 23, 2009 at 11:00 a.m.
5. • Trial - November 13, 2009, at 1:30 p.m.
6. IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.
7. Dated: April 3, 2009                HAAPALA, THOMPSON & ABERN, LLP

9. By:  /s/ Rebecca S. Widen
       Rebecca S. Widen
10.    Attorneys For Defendant
11.    SAMANTHA FEIN

12. Dated: April 3, 2009                LAW OFFICES OF ROBERT R. POWELL

14. By:_____
       Robert R. Powell
15.    Attorneys For Plaintiff

16. Dated: April 3, 2009                RICHARD DOYLE
17.                                     CITY ATTORNEY

18. By: [signature]
19.    Michael R. Groves, Senior Deputy City Attorney
       Attorneys For Defendants
20.    CITY OF SAN JOSE, OFFICER DANIEL
       PFEIFER, OFFICER MARK NATIVIDAD,
21.    OFFICER ANTHONY WEIR, and OFFICER
       HIGGINS

22.
23. Dated: April 3, 2009                MANNING & MARDER
                                        KASS, ELLROD, RAMIREZ LLP
24.
25. By:_____
       Sejal Ojha
       Attorneys For Defendants
26.    PROFESSIONAL SECURITY CONSULTANTS,
       DANIEL GARCIA and RYAN SCOTT
27. //
28. //

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8534

2

*Van Zandt v. City of San Jose, et al.*
Stipulation And [Proposed] Order Continuing Trial And Setting New Pretrial Dates

1

2  Defendant Samantha Fein recently suffered a major injury in a ski accident requiring surgery

3  and a significant recovery period. As a result of this injury, Ms. Fein is unavailable for

4  deposition prior to the time dispositive motions are due to be filed under the current case

5  schedule (April 21, 2009).

6        The parties respectfully request that the Court vacate the July 24, 2009 trial date and all

7  related pretrial deadlines, and order a new trial and pretrial schedule as follows:

8  - July 27, 2009 - fact discovery cut off
- August 17, 2009 - dispositive motions must be filed
9  - September 14, 2009 - expert disclosures due
- October 5, 2009 - expert discovery cut off
10  - Pretrial conference – October 23, 2009 at 11:00 a.m.
11  - Trial - November 13, 2009, at 1:30 p.m.

12  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.
Dated: April 3, 2009        HAAPALA, THOMPSON & ABERN, LLP

13        By:  /s/ Rebecca S. Widen
          Rebecca S. Widen

14  Attorneys For Defendant        SAMANTHA FEIN

15  Dated: April 3, 2009        LAW OFFICES OF ROBERT R. POWELL

16

17        By:_____

18            Robert R. Powell
          Attorneys For Plaintiff

19  Dated: April 3, 2009        RICHARD DOYLE

20          CITY ATTORNEY

21

22        By:_____
          Michael R. Groves, Senior Deputy City Attorney

23            Attorneys For Defendants
          CITY OF SAN JOSE, OFFICER DANIEL

24            PFEIFER, OFFICER MARK NATIVIDAD,
          OFFICER ANTHONY WEIR, and OFFICER

25            HIGGINS

26  Dated: April 3, 2009        MANNING & MARDER
          KASS, ELLROD, RAMIREZ LLP

27        By:_____
          Sejal Ojha

*Left margin:* Haapala, Thompson & Abern LLP, Attorneys At Law, Park Plaza Building, 1939 Harrison St., Suite 800, Oakland, California 94612, Telephone: 510-763-2324

*Van Zandt v. City of San Jose, et al.*
Stipulation And [Proposed] Order Continuing Trial And Setting New Pretrial Dates

**ORDER**

Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

Dated: 4/9/09

_____
Honorable Jeremy Fogel
United States Judge

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8534