RICHARD DOYLE, City Attorney  (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
MICHAEL R. GROVES, Sr. Deputy City Attorney (#85620)
STEVEN B. DIPPELL, Sr. Deputy City Attorney (#121217)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California  95113-1905
Telephone:  (408) 535-1900
Facsimile:    (408) 998-3131
Email:          cao.main@sanjoseca.gov

Attorneys for Defendants,
CITY OF SAN JOSE, OFFICER PFIEFER, OFFICER NATIVIDAD, OFFICER WEIR, and OFFICER HIGGINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS VAN ZANDT,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF SAN JOSE, OFFICERS PFEIFER, NATIVIDAD, WEIR, and HIGGINS, individually and as employees of the CITY OF SAN JOSE, TARGET STORES, INC., THE WESTFIELD GROUP, PROFESSIONAL SECURITY CONSULTANTS, and DOES 1-10, Inclusive,<br><br>    Defendants. | CASE NO.:  C07-04987 JF<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING THE TRIAL AND RELATED DATES AND SETTING A NEW CASE MANAGEMENT CONFERENCE** |

**STIPULATION**

This case is currently set for trial on November 16, 2009.  Based on the pretrial schedule, Defendants City of San Jose, Officer Daniel Pfiefer, Officer Mark Natividad, Officer Anthony Weir, and Officer Casey Higgins (the City Defendants) and Defendant Samantha Fein filed dispositive Motions for Summary Judgment on August 17, 2009 with a hearing date of October 2, 2009.

//

//

1

1  Pursuant to the existing schedule, expert disclosures are due on September 14, 2009
2  and the expert discovery cut-off is October 5, 2009.  Following this, all pretrial materials must
3  be submitted by October 13, 2009 for the October 23, 2009 Pretrial Conference.
4  In light of the Summary Judgment Motions and the increased possibility for settlement
5  following the Court's eventual ruling on the motions, as well as the parties desire to avoid
6  further, possibly unnecessary expenses which would hinder settlement discussions, the
7  parties stipulate to vacate the current November 16, 2009 trial date, the September 14, 2009
8  expert disclosure date, the October 5, 2009 expert discovery cut-off and the October 23,
9  2009 Pretrial Conference.
10  In an effort allow the Court time to issue its decision on the Summary Judgment
11  Motions and time for the parties to consider the ramifications of said rulings in relation to
12  settlement positions, the parties further stipulate to have a Case Management Conference
13  set before this Court on December 11, 2009 when, if the case is not resolved, a trial date will
14  be selected.
15  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

16  Dated: September 1, 2009                    RICHARD DOYLE, City Attorney

18                                              By: _____/s/_____
                                                        MICHAEL R. GROVES
19                                                      Senior Deputy City Attorney

20                                              Attorneys for Defendants,
                                                CITY OF SAN JOSE, OFFICER PFIEFER,
21                                              OFFICER NATIVIDAD, OFFICER WEIR,
                                                and OFFICER HIGGINS

23  Dated: September 1, 2009                    HAAPALA, THOMPSON & ABERN, LLP

25                                              By: _____/s/_____
                                                        REBECCA S. WIDEN, ESQ.
26                                              Attorneys for Defendant,
                                                SAMANTHA FEIN

28  //

| | |
|---|---|
| Dated: September 1, 2009 | LAW OFFICES OF ROBERT R. POWELL |
| | By: _____/s/_____<br>       ROBERT R. POWELL, ESQ. |
| | Attorneys for Plaintiff,<br>THOMAS VAN ZANDT |
| Dated: September 1, 2009 | MANNING & MARDER<br>KASS, ELLROD, RAMIREZ LLP |
| | By: _____/s/_____<br>       SEJAL OJHA, ESQ. |
| | Attorneys for Defendants,<br>PROFESSIONAL SECURITY CONSULTANTS, DANIEL GARCIA and RYAN SCOTT |

## **ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that:

1. The November 16, 2009 trial date, the September 14, 2009 expert disclosure date, the October 5, 2009 expert discovery cut-off date and the Pretrial Conference of October 23, 2009 are vacated.

2. A Case Management Conference is set for December 11, 2009 at 10:30 a.m.

Dated: __9/3/09_____        _____
                              HON. JEREMY FOGEL
                              Judge of the United States District Court