**E-Filed 10/15/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS VAN ZANDT,<br><br>            Plaintiff,<br><br>            v.<br><br>CITY OF SAN JOSE, et al.,<br><br>            Defendants. | Case Number C 07-04987 JF<br><br>JUDGMENT[1] |

Pursuant to the Court's order dated October 15, 2009, granting summary judgment for Defendants City of San Jose, Casey Higgins, Mark Natividad, Daniel Pfiefer, and Anthony Weir (collectively "City Defendants") and dismissing all remaining claims without prejudice,

IT IS ORDERED AND ADJUDGED that judgment be entered for the City Defendants and against Plaintiff Thomas Van Zandt.

**IT IS SO ORDERED.**

DATED: 10/15/09

                                              _____
                                              JEREMY FOGEL
                                              United States District Judge

Copies of Order served on:
_____

[1] This disposition is not designated for publication in the official reports.

Case No. C 07-04987 JF
JUDGMENT
(JFLC3)

David John Stock     dstock@rllss.com, slawrence@rllss.com

Dennis R. Ingols     dingols@rrpassociates.com, admin@rrpassociates.com, rrpstaff@yahoo.com, schabra@rrpassociates.com, urivera@rrpassociates.com

Jon Allen Heaberlin     jheaberlin@rllss.com

Kim James     kjames@npllaw.com

Michael R. Groves     CAO.Main@sanjoseca.gov

Rebecca S. Widen     rwiden@htalaw.com

Robert Ross Powell     rpowell@rrpassociates.com, admin@rrpassociates.com, rrpstaff@yahoo.com, schabra@rrpassociates.com

Sejal Ojha     sxo@mmker.com

Steven Sheriff Abern     abern1@yahoo.com, ldobbins@htalaw.com

2

Case No. C 07-04987 JF
JUDGMENT
(JFLC3)