ROBERT R. POWELL, ESQ. CSB: 159747
DENNIS R. INGOLS, ESQ.   CSB: 236458
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San José, California 95126
T: 408-553-0200 F: 408-553-0203
E: rpowell@rrpassociates.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | |
|---|---|
| THOMAS VAN ZANDT, | Case No. CV 07 – 04987 JF |
| Plaintiff, | STIPULATION AND ORDER |
| v. | |
| CITY OF SAN JOSE, et al., | |
| Defendants. | |

The City of san Jose and police officers Pfiefer, Natividad, Weir, and Higgins, Defendants in the above-captioned matter, and Plaintiff Thomas Van Zandt, do hereby agree and stipulate as follows, and request the Court order same.

This stipulation is based on the following facts and considerations:

The aforementioned Defendants moved for, and were granted, summary judgment on all of Plaintiff's claims against them;

Plaintiff has a right to appeal the Court's ruling on said Defendants' Motion for Summary Judgment;

The aforementioned Defendants have filed a Bill of Costs.

Stipulation and Order                              1
Van Zandt v. San Jose
Case No. CV 07 – 04987 JF

The parties have agreed and stipulate to a mutual waiver of fees and costs, and Plaintiff further stipulates and agrees to waive his right to appeal the decision of this Court with respect to the City of San Jose, and Defendants Pfiefer, Natividad, Weir, and Higgins' Motion for Summary Judgment.

Based on the foregoing, it is stipulated as follows:

1. Defendants City of San Jose, Pfiefer, Natividad, Weir, and Higgins hereby withdraw their Bill of Costs;

2. Plaintiff hereby waives all rights to appeal the Court's grant of Summary Judgment to Defendants City of San Jose, Pfiefer, Natividad, Weir, and Higgins;

3. Plaintiff and the aforementioned Defendants all to bear their own attorney's fees and costs;

4. Nothing in this Stipulation shall be interpreted to effect in any way Plaintiff's claims as against Defendants Professional Security Consultants, Ryan Scott, Daniel Garcia, and Samantha Fein, specifically including but without limitation, his right to re-file those claims in state court.

IT IS SO STIPULATED.

November 4, 2009

Thomas Van Zandt, Plaintiff

November 4, 2009

DENNIS R. INGOLS, ESQ.
Attorney for Plaintiff

November 4, 2009

MIKE GROVES, ESQ.
Attorney for Defendants
City of San Jose, Pfieffer,
Natividad, Weir, and Higgins

1
2
3
4
5
6
7
...
25

**ORDER**

Based on the foregoing stipulation of the parties, the court does hereby adopt said stipulation and makes same an order of this court.

Date: 11/ 12 /09

_____
JUDGE JEREMY FOGEL
U.S.D.C. NORTHERN DISTRICT
OF CALIFORNIA

Stipulation and Order
Van Zandt v. San Jose
Case No. CV 07 – 04987 JF